**NOT FOR PUBLICATION**

# STATE OF LOUISIANA

# COURT OF APPEAL, THIRD CIRCUIT

## 03-803

**STATE OF LOUISIANA**

**VERSUS**

**JOHNNY MILBURN FUSELIER, III**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*
APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF LAFAYETTE, DOCKET NO.
HONORABLE DURWOOD W. CONQUE, PRESIDING

\*\*\*\*\*\*\*\*\*\*\*\*\*\*
**SYLVIA R. COOKS**
**JUDGE**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Court composed of Ned E. Doucet, Chief Judge, Sylvia R. Cooks, and Michael G. Sullivan, Judges.

**AFFIRMED.**

Kenota Pulliam Johnson
P.O. Box 5781
Shreveport, Louisiana 71135
(318) 459-1885
COUNSEL FOR APPELLANT:
    Johnny M. Fuselier

William T. Babin
Assistant District Attorney
Fifteenth Judicial District
P.O. Box 3306
Lafayette, Louisiana 70502
(337) 232-5170
COUNSEL FOR APPELLEE:
    State of Louisiana